UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| YANICK JOAO CARNEIRO | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:26-cv-00033-SDN |
| | ) | |
| DAVID WESLING, et al., | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT OF DISMISSAL

In accordance with the Order entered by U.S. District Court Judge Stacey D. Neumann on January 27, 2026,

JUDGMENT of Dismissal is hereby entered.

ERIC M. STORMS
ACTING CLERK

By: /s/ Meghan York
Deputy Clerk

Dated: January 27, 2026